**IT IS ORDERED as set forth below:**



**Date: December 12, 2011**

_____

**W. Homer Drake
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE:<br>SANDRA KIKEY MADRIGAL | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | CASE NO. 11-13373-whd |
| _____ | ) _____ | |
| | ) | |
| SANDRA KIKEY MADRIGAL | ) | |
| | ) | |
| Movant, | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| SUNTRUST BANK. | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO DETERMINE SECURED STATUS OF
CLAIM AND RELEASE UNDERLYING LIENS OF PROPERTY**

The above matter came before the Court on November 17, 2011 on Debtor's Motion To

Determine Secured Status of Claim and Release Underlying Liens of Property (the "Motion")

[Docket No. 8]. Debtor seeks a determination that the second priority lien held by Suntrust Bank

(the "Lien") on Debtor's residence located at 697 Eagles Nest Circle, Carrollton, GA 30116 (the "Property") is completely unsecured because, based upon the Property's value and the amount of the first priority mortgage, there is no equity in the Property to which the Lien can attach. No party filed a response or otherwise appeared in opposition to Debtor's Motion; therefore, it is hereby

**ORDERED** that Debtor's Motion is granted as provided herein; it is

**FURTHER ORDERED** that, for purposes of the Debtor's chapter 13 case, the claim of Suntrust Bank related to the Lien Claim No. 2-1 shall be treated as a general non-priority unsecured claim; and it is

**FURTHER ORDERED** that, effective upon entry of discharge in the Debtor's Chapter 13 case, the Lien of Suntrust Bank evidenced by a security deed recorded in the Superior Court of Carroll County at Deed Book 2413, Page 302, shall be avoided without further order pursuant to 11 U.S.C. section 506(d); provided, however, that the Court reserves jurisdiction to consider if appropriate the avoidance of Respondent's Lien prior to entry of a discharge under 11 U.S.C. section 1328(a). In the event the Debtor's case is dismissed or converted to chapter 7, the Lien of Respondent shall not be affected by this Order in accordance with 11 U.S.C. sections 349(b)(1)(C) or 348(f)(1)(B) as applicable.

**END OF DOCUMENT**

[SIGNATURES ON FOLLOWING PAGE]

Prepared by:
/s/ Howard P. Slomka
Howard P. Slomka
GA Bar # 652875
Attorney for Debtor
The Slomka Law Firm
1069 Spring Street, NW
Suite 200
Atlanta, GA 30309

Seen and No Opposition:
/s/300887
Adam M. Goodman
GA Bar No. 300887
Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA 30303

## DISTRIBUTION LIST

The Slomka Law Firm
1069 Spring Street, NW
Suite 200
Atlanta, GA 30309

Adam Goodman, Trustee
Suite 200
260 Peachtree Street, N.W.
Atlanta, GA 30303

Sandra Madrigal
697 Eagles Nest Circle
Carrollton, GA 30116

Suntrust Bank
303 Peachtree Street, NE
30th Floor
Atlanta, GA 30308